1  **WO**

2               IN THE UNITED STATES DISTRICT COURT

3                     FOR THE DISTRICT OF ARIZONA

4

5  United States of America,          )
                                       )   Case No. 08-04249M-001-PCT-MEA
6          Plaintiff,                  )
                                       )   TEMPORARY DETENTION ORDER
7  vs.                                 )   FOR INTAKE ASSESSMENT
                                       )
8                                      )
   Ramone Rodriguez Vasquez,           )
9                                      )
           Defendant.                  )
10                                     )
                                       )
11

12         Defendant appeared in court with counsel. Pursuant to 18 U.S.C. §3141 et seq. a

13  detention hearing was held. Upon recommendation of Pretrial Services, the defendant is

14  ordered detained pending an intake assessment for placement at Behavioral Systems

15  Southwest in Phoenix, Arizona.  Should defendant qualify for such placement, defendant

16  shall be released upon conditions set by this Court, including pretrial residency at said

17  facility, as conditions do exist which would reasonably assure the safety of others and the

18  appearance of the defendant.  Should defendant not so qualify, the release conditions set by

19  this Court shall be vacated and defendant shall be detained pending trial as there are no

20  conditions or combination of conditions which would reasonably assure the safety of others

21  or the appearance of the defendant.

22         The Pretrial Services Officer is ordered to timely notify this Court of the defendant's

23  intake assessment results, and if found acceptable, the date and time the facility will provide

24  transportation from the Sandra Day O'Connor Courthouse for defendant.

25         DATED this 2nd day of September, 2008.

26

27                                       _____
                                                    Mark E. Aspey
28                                            United States Magistrate Judge